No. 91–1428. MIDDLETON v. CROWLEY TOWING & TRANSPORTATION, INC. C. A. 5th Cir. Certiorari denied.

No. 91–1429. KRASNIQI v. DALLAS COUNTY CHILD PROTECTIVE SERVICES UNIT OF THE TEXAS DEPARTMENT OF HUMAN SERVICES. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 91–1431. BARGER ET AL. v. COURIER JOURNAL & LOUISVILLE TIMES CO. ET AL. Ct. App. Ky. Certiorari denied.

No. 91–1435. RICH v. ACTION S. A. ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1439. SCHALK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–1444. UTESCH ET AL. v. DITTMER ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1445. ADAMICK ET AL. v. AMEX ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1455. ALLEN v. LOUISIANA STATE BOARD OF DENTISTRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1456. UBEROI v. UNIVERSITY OF COLORADO BOARD OF REGENTS ET AL. Ct. App. Colo. Certiorari denied.

No. 91–5990. BERNARDO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6758. PERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6809. GROSECLOSE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 91–6810. GROSECLOSE v. MCWILLIAMS, EXECUTIVE SECRETARY OF THE TENNESSEE SUPREME COURT. C. A. 6th Cir. Certiorari denied.

No. 91–7010. WALLS v. COOPER ET AL. Sup. Ct. Del. Certiorari denied.